McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
(732) 733-6200
sdelmauro@mdmc-law.com
Attorneys for Defendant,
The Northwestern Mutual Life Insurance Company

| | |
|---|---|
| RITA SHALHOUB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 17-13412 (ES)(MAH) |

CIVIL ACTION -- RULE 7.1 STATEMENT ON BEHALF
OF THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

The following is a list of all corporate parents that own more than 10% of The Northwestern Mutual Life Insurance Company's stock: **NONE**

Dated: January 18, 2018

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant,
The Northwestern Mutual Life Insurance Company

By: _____
Steven P. Del Mauro, Esq.

*3504120*